UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:16-CV-1350 KJM EFB |
| Plaintiff, | |
| v. | ORDER |
| OMSIVE LP, et al., | |
| Defendants. | |

    Plaintiff commenced this disability access case asserting a claim under the Americans with Disabilities Act ("ADA") and related state law claims, and defendant has answered the complaint. On August 29, 2016, the case was stayed and the parties were directed to attempt settlement of this action. On October 20, 2016, the parties informed the court they were not able settle the case.

    In the interest of avoiding the accumulation of fees and costs through potentially unnecessary discovery and motion practice, and to allow the parties additional time to pursue an early informal resolution of this matter, the court refers the action to the court's Voluntary Dispute Resolution Program ("VDRP").

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. This action is REFERRED to the VDRP.
2. Within fourteen (14) days of this order, the parties shall contact the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral.
3. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.
4. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).
5. Any party that objects to this referral to the VDRP shall file its objections within seven (7) days of this order. Such objections shall clearly outline why that party believes that the action is not appropriate for referral to the VDRP.

IT IS SO ORDERED.

DATED: October 24, 2016.

_____
UNITED STATES DISTRICT JUDGE